JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCONCE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO, Warden,<br><br>　　　　　Respondent. | Case No. 2:21-cv-07067-ODW-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition and Denying a Certificate of Appealability,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 17, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE